UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                         Case No. 13-23387-JKO

LEE D. LOVELY and
MYRNA R. LOVELY,                     Chapter 7

        Debtors.
_____/

**TRUSTEE'S AGREED *EX PARTE* MOTION TO EXTEND TIME TO: (I) OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. § 727; AND (II) OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

Kenneth A. Welt, the Chapter 7 Trustee (the ***"Trustee"***) for the above captioned bankruptcy estate (the "***Trustee***"), pursuant to Federal Rules of Bankruptcy Procedure 4003 and 4004, and Local Rule 9013-1(C)(1), and (6), respectfully moves on an *ex parte* basis (the ***"Agreed Motion"***) for the entry of an order extending the time period during which the Trustee may (i) object to the Debtors' discharge under 11 U.S.C. § 727 (the "***Discharge Deadline***"), and (ii) object to the Debtors' claimed exemptions (the "***Exemption Deadline***"). In support of the Agreed Motion, the Trustee states:

1. On June 5, 2013, the Debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code [ECF No. 1]. Subsequently, the Trustee was duly appointed Chapter 7 trustee.

2. The Section 341 Meeting of Creditors (the "***Meeting of Creditors***") was held and concluded on July 23, 2013, at 8:30 a.m. *See ECF No. 22*.

3. Accordingly, the current deadline to object to Debtors' claimed exemptions is August 22, 2013.

4. The Discharge Deadline is August 19, 2013.

1

5. The undersigned has recently been retained by the Trustee and an Order approving his employment was entered on July 29, 2013 [ECF No. 27]. As such, the Trustee is requesting that the Exemption Deadline and Discharge Deadline be extended through and including October 10, 2013, to allow for time to review and analyze the case file and documents produced by the Debtors, conduct a Rule 2004 examination of the Debtors, and perform a personal property inspection and appraisal.

6. Undersigned counsel for the Trustee conferred with Debtors' counsel on August 8, 2013, in order to set dates for the Debtors' Rule 2004 examinations, and to extend the Discharge Deadline and the Exemption Deadline until after the completion of the Debtors' Rule 2004 examinations.

7. The Debtors, through their counsel, have agreed to the relief sought herein.

8. The Trustee certifies that this Motion is not being filed for purposes of delay, and that the Debtors will not be unjustly prejudiced by the requested relief.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order in the form attached as <u>Exhibit A</u>, (i) extending the Discharge Deadline, (ii) extending the Exemption Deadline, and (iii) providing for such other and further relief as the Court deems just and proper.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 8, 2013, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit 1, and via regular U.S. Mail upon the parties listed on the attached Exhibit 2.

Dated: August 8, 2013.

                    /s/ Daniel N. Gonzalez
                    Daniel N. Gonzalez, Esquire
                    Florida Bar No. 592749
                    dgonzalez@melandrussin.com
                    MELAND RUSSIN & BUDWICK, P.A.
                    3200 Southeast Financial Center
                    200 South Biscayne Boulevard
                    Miami, Florida  33131
                    Telephone: (305) 358-6363
                    Telecopy: (305) 358-1221

*Attorneys for the Trustee*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8322/8322-1/01319160.DOC.}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                    Chapter 7

LEE D. LOVELY and
MYRNA R. LOVELY,

                                    Case No. 13-23387-JKO

        Debtors.
_____/

**AGREED ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO: (I) OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727; AND (II) OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS CAUSE came before the Court without a hearing upon the Trustee's Agreed Motion to Extend Time to: (I) Object to Debtor's Discharge Under 11 U.S.C. § 727; and (II) Object to Debtor's Claimed Exemptions (the "*Motion*"). The Court, having reviewed the Motion, having noted the agreement of the Parties, and finding good cause to grant the Motion, it is

**ORDERED**:

1.      The Motion is **GRANTED**.

EXHIBIT A

2. The deadline by which the Trustee may file an objection to the Debtor's claimed exemptions is extended through and including October 10, 2013.

3. The deadline by which the Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended through and including October 10, 2013.

4. These extensions are without prejudice to the Trustee seeking additional extensions either by agreement or otherwise.

###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for the Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:         (305) 358-1221

**Copies Furnished To:**
Daniel N. Gonzalez, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
Matthew M Holtsinger    bankruptcynotices@kasslaw.com
Jonathan H. Kline    jonathan.kline@jklawfl.com, smtaylor@jklawfl.com
Stephen J Modric    ecf@butlerandhosch.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Kenneth A Welt    court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com

EXHIBIT 1

| | | |
|---|---|---|
| U.S. Bank National Association<br>c/o Matt Holtsinger<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Wells Fargo Bank, N.A.<br>Bulter & Hosch, PA<br>3185 S. Conway Ste E.Orlando, FL<br>32812-7349 | Alterman & Kowal, P.A.<br>c/o Brian P. Kowal, Esq.<br>2734 East Oakland Park Blvd.<br>Suite 102<br>Fort Lauderdale, FL 33306-1611 |
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank of America<br>PO BOX 982238<br>El Paso, TX 79998-2238 | Florida Department of Revenue<br>3301 N. University Drive, Suite 200<br>Pompano Beach, FL 33065-4149 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Jonathan Kline, Esq.<br>Jonathan Kline, PA<br>2761 Executive Park Drive<br>Weston, FL 33331-3600 |
| Lawrence C. Schreiber, Inc.<br>1669 NW 144th Terrace<br>Suite 206<br>Fort Lauderdale, FL 33323-2880 | Lexus Financial Service<br>12735 Morris Road<br>Alpharetta, GA 30004-8904 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Rosenthal, Inc.<br>c/o Arthur Weissman<br>1370 Broadway<br>New York NY 10018-7399 | Telaco, Inc.<br>1669 NW 144th Terrace<br>Suite 205 & 206<br>Fort Lauderdale, FL 33323-2880 | Wells Fargo Bank NA<br>Wells Fargo Home Mtg Americas Svcng<br>Attn: Bankruptcy Dept Mac X7801-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 |
| Joe M. Grant Esq.<br>Marshall Socarras Grant, P.L.<br>197 S. Federal Hwy #300<br>Boca Raton, FL 33432-4946 | Kenneth A Welt<br>1844 N Nob Hill Rd #615<br>Plantation, FL 33322-6548 | Lee D. Lovely<br>2469 Poinciana Court<br>Weston, FL 33327-1418 |
| Myrna R. Lovely<br>2469 Poinciana Court<br>Weston, FL 33327-1418 | | |

EXHIBIT 2