

**ORDERED in the Southern District of Florida on December 10, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LEE D. LOVELY and
MYRNA R. LOVELY,

Debtors.

Chapter 7

Case No. 13-23387-JKO

_____/

**THIRD AGREED *EX PARTE* ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO: (I) OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727; AND (II) OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS CAUSE came before the Court without a hearing upon the Trustee's Third Agreed *Ex Parte* Motion to Extend Time to: (I) Object to Debtor's Discharge Under 11 U.S.C. § 727; and (II) Object to Debtor's Claimed Exemptions [ECF No. 50] (the "*Motion*"). The Court, having reviewed the Motion, having noted the agreement of the Parties, and finding good cause to grant the Motion, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. The deadline by which the Trustee may file an objection to the Debtor's claimed exemptions is extended through and including January 8, 2014.

3. The deadline by which the Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended through and including January 8, 2014.

4. These extensions are without prejudice to the Trustee seeking additional extensions either by agreement or otherwise.

###

**Submitted By:**
Zachary N. James, Esquire
Florida Bar No. 0893641
zjames@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for the Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:         (305) 358-1221

**Copies Furnished To:**
Zachary N. James, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.