UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

          Case No. 13-23387-JKO

LEE D. LOVELY and
MYRNA R. LOVELY,          Chapter 7

    Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Trustee's Motion for Approval of Settlement with Debtors Regarding Personal Property* [ECF No. 54] was served on December 23, 2013, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit 1 and served on December 24, 2013, via U.S. Mail upon the parties listed on the Matrix, attached as Exhibit 2.

Dated: December 24, 2013.

                                              s/ Daniel N. Gonzalez
                                              Daniel N. Gonzalez, Esquire
                                              Florida Bar No. 592749
                                              dgonzalez@melandrussin.com
                                              MELAND RUSSIN & BUDWICK, P.A.
                                              3200 Southeast Financial Center
                                              200 South Biscayne Boulevard
                                              Miami, Florida  33131
                                              Telephone: (305) 358-6363
                                              Telecopy: (305) 358-1221

                                              *Attorneys for Trustee*

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: USTPRegion21.MM.ECF@usdoj.gov, bankruptcynotices@kasslaw.com, court@trusteeservices.biz, dgonzalez@melandrussin.com, ecf@butlerandhosch
Do not notice for BK case:

Message-Id:<30423092@FLSB.USCOURTS.GOV>
Subject:13-23387-JKO Order on Motion to Compromise Controversy
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Florida**

Notice of Electronic Filing

The following transaction was received from Rodriguez, Lorenzo entered on 12/23/2013 at 11:14 AM EST and filed on 12/23/2013
**Case Name:**          Lee D. Lovely and Myrna R. Lovely
**Case Number:**        13-23387-JKO
**Document Number:** 54

**Docket Text:**
Order Granting Motion To Compromise Controversy (Re: # [48]) (Rodriguez, Lorenzo)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Order_DE_48_(01370525).PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=12/23/2013] [FileNumber=30423088
-0] [c030c13bfa632c47cc7b04e6e4a1747f37e0749c31edf96e53f12b4ec0a31f582
4bda84ba8ef8211c9f66e1f978496ac0ebabd1fa0d60d92615dcaf9661da6f6]]

**13-23387-JKO Notice will be electronically mailed to:**

Daniel N Gonzalez, Esq on behalf of Trustee Kenneth A Welt
dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Joe M. Grant, Esq. on behalf of Debtor Lee D. Lovely
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Joe M. Grant, Esq. on behalf of Joint Debtor Myrna R. Lovely
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Matthew M Holtsinger on behalf of Creditor U.S. Bank National Association, as trustee for Bear Sterns Arm Trust, mortgage pass-through certificates, series 2004-4
bankruptcynotices@kasslaw.com

Zachary N James on behalf of Trustee Kenneth A Welt
zjames@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Jonathan H. Kline, Esq. on behalf of Creditor Jonathan Kline, P.A.
jonathan.kline@jklawfl.com, smtaylor@jklawfl.com

Stephen J Modric on behalf of Creditor Wells Fargo Bank, N.A.
ecf@butlerandhosch.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Kenneth A Welt
court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com

EXHIBIT 1

| | | |
|---|---|---|
| U.S. Bank National Association<br>c/o Matt Holtsinger<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Wells Fargo Bank, N.A.<br>Bulter & Hosch, PA<br>3185 S. Conway Ste E.<br>Orlando, FL 32812-7349 | Alterman & Kowal, P.A.<br>c/o Brian P. Kowal, Esq.<br>2734 East Oakland Park Blvd.<br>Suite 102<br>Fort Lauderdale, FL 33306-1611 |
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank of America<br>PO BOX 982238<br>El Paso, TX 79998-2238 | Florida Department of Revenue<br>3301 N. University Drive, Suite 200<br>Pompano Beach, FL 33065-4149 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Jonathan Kline, Esq.<br>Jonathan Kline, PA<br>2761 Executive Park Drive<br>Weston, FL 33331-3600 |
| Lawrence C. Schreiber, Inc.<br>BES Enterprises, LLC<br>c/o Andrew L. Mann, Esq.<br>Mann & Wolf, LLP<br>4300 N. University Drive, Ste. C-203<br>Sunrise, FL 33351 | Lexus Financial Service<br>12735 Morris Road<br>Alpharetta, GA 30004-8904 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Rosenthal, Inc.<br>c/o Arthur Weissman<br>1370 Broadway<br>New York NY 10018-7399 | Telaco, Inc.<br>2469 Poinciana Court<br>Weston, FL 33327 | Wells Fargo Bank NA<br>Wells Fargo Home Mtg Americas Svcng<br>Attn: Bankruptcy Dept Mac X7801-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 |
| Joe M. Grant Esq.<br>Marshall Socarras Grant, P.L.<br>197 S. Federal Hwy #300<br>Boca Raton, FL 33432-4946 | Kenneth A Welt<br>1844 N Nob Hill Rd #615<br>Plantation, FL 33322-6548 | Lee D. Lovely<br>2469 Poinciana Court<br>Weston, FL 33327-1418 |
| Myrna R. Lovely<br>2469 Poinciana Court<br>Weston, FL 33327-1418 | Thomas P. (Tim) Abbott<br>Assistant County Attorney<br>PO Box 025504<br>Miami, FL 33102-5504 | |

EXHIBIT 2