**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

LEE D. LOVELY and                                        Case No. 13-23387-JKO
MYRNA R. LOVELY,                                   Chapter 7

       Debtors.
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true copies of the *Motion to Approve Loan Modification* [D.E. 56] and *Notice of Hearing by Filer (Re: [56] Motion to Approve Loan Modification)* [D.E. 57] were served on all parties listed on the attached Service List, and in the manner indicated on January 3, 2014.

                                        Respectfully submitted,

                                        **MARSHALL SOCARRAS GRANT, P.L.**
                                        Attorneys for the Debtors
                                        197 South Federal Highway, Suite 300
                                        Boca Raton, Florida  33432
                                        Telephone No. 561.672.7580
                                        Facsimile No. 561.672.7581
                                        Email:  efile@msglaw.com

                                        By:   /s/ Joe M. Grant
                                                  JOE M. GRANT
                                                  Florida Bar No. 137758

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

- Joe M. Grant                jgrant@marshallgrant.com, efile@marshallgrant.com
- Daniel N. Gonzalez          dgonzalez@melandrussin.com;ltannenbaum@melandrissin.com
- Matt Holsinger              bankruptcynotices@kasslaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Kenneth A. Welt             court@trusteeservices.biz, fl10@ecfcbis.com
- Zachary N. James            zjames@melandrussin.com
- Jonathan H. Kline           jonathan.kline@jklawfl.com

**SERVED VIA US MAIL**

Wells Fargo Bank, NA
Attn: Bankruptcy Dept. MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Wells Fargo Bank
P.O. Box 10335
Des Moines, IA 50306