UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LEE D. LOVELY and
MYRNA R. LOVELY,

        Debtors.
_____/

Case No. 13-23387-JKO
Chapter 7

**TRUSTEE'S FOURTH AGREED *EX PARTE* MOTION TO EXTEND TIME TO: (I) OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. § 727; AND (II) OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

Kenneth A. Welt, the Chapter 7 Trustee (the ***"Trustee"***) for the above-captioned bankruptcy estate (the "***Trustee***"), pursuant to Federal Rules of Bankruptcy Procedure 4003 and 4004, and Local Rule 9013-1(C)(1), and (6), respectfully moves on an *ex parte* basis (the ***"Agreed Motion"***) for the entry of an order extending the time period during which the Trustee may (i) object to the Debtors' discharge under 11 U.S.C. § 727 (the "***Discharge Deadline***"), and (ii) object to the Debtors' claimed exemptions (the "***Exemption Deadline***").  In support of the Agreed Motion, the Trustee states:

1.    On June 5, 2013, the Debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code [ECF No. 1].  Subsequently, the Trustee was duly appointed Chapter 7 trustee.

2.    On December 9, 2013, the Trustee filed his *Third Agreed Ex Parte Motion to Extend Time to: (I) Object to Debtors' Discharge Under 11 U.S.C. § 727; and (II) Object to Debtors' Claimed Exemptions* [ECF No. 50].

3.    On December 11, 2013, the Court entered the *Third Agreed Ex Parte Order Granting Trustee's Motion to Extend Time to: (I) Object to Debtors' Discharge Under 11 U.S.C.*

*§ 727; and (II) Object to Debtors' Claimed Exemptions* [ECF No. 51], extending the Trustee's Discharge Deadline and Exemption Deadline through and including January 8, 2014.

4. The Trustee has served several subpoenas *duces tecum,* has received most of the document production, and is still waiting on some limited, but pertinent, document production. Review of production already received has given the Trustee good cause to serve additional subpoenas *duces tecum* for pertinent documents necessary for the Trustee to consider and determine whether grounds to object to Debtors' claimed exemptions and discharge exist. After the documents are received, the Trustee will need limited additional time to review such documents and analyze various grounds to object to Debtors' claimed exemptions and discharge.

5. As such, the Trustee is requesting that the Exemption Deadline and Discharge Deadline be extended through and including February 24, 2014, to allow for time to receive responses and documents to discovery and analyze the case file before deciding whether to object to the Debtors' claimed exemptions or their discharge.

6. Undersigned counsel for the Trustee conferred with Debtors' counsel regarding the requested extension of the Discharge Deadline and the Exemption Deadline, and the Debtors, through their counsel, have agreed to the relief sought herein.

7. The Trustee certifies that this Motion is not being filed for purposes of delay, and that the Debtors will not be unjustly prejudiced by the requested relief.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order in the form attached as <u>Exhibit A</u>, (i) extending the Discharge Deadline, (ii) extending the Exemption Deadline, and (iii) providing for such other and further relief as the Court deems just and proper.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8322/8322-1/01319160.DOC.}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 8, 2014, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit 1, and via regular U.S. Mail upon the parties listed on the attached Exhibit 2.

                                      s/ Zachary N. James
                                      Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
Zachary N. James, Esquire
Florida Bar No. 0893641
zjames@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for the Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                        Chapter 7

LEE D. LOVELY and
MYRNA R. LOVELY,

                        Case No. 13-23387-JKO

        Debtors.
_____/

**FOURTH AGREED *EX PARTE* ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO: (I) OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727; AND (II) OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

      THIS CAUSE came before the Court without a hearing upon the Trustee's Fourth Agreed *Ex Parte* Motion to Extend Time to: (I) Object to Debtor's Discharge Under 11 U.S.C. § 727; and (II) Object to Debtor's Claimed Exemptions [ECF No. ___] (the "*Motion*").  The Court, having reviewed the Motion, having noted the agreement of the Parties, and finding good cause to grant the Motion, it is

      **ORDERED**:

      1.      The Motion is **GRANTED**.

EXHIBIT A

2.	The deadline by which the Trustee may file an objection to the Debtor's claimed exemptions is extended through and including February 24, 2014.

3.	The deadline by which the Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended through and including February 24, 2014.

4.	These extensions are without prejudice to the Trustee seeking additional extensions either by agreement or otherwise.

###

**Submitted By:**
Zachary N. James, Esquire
Florida Bar No. 0893641
zjames@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for the Trustee*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:	(305) 358-6363
Telefax:	(305) 358-1221

**Copies Furnished To:**
Zachary N. James, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

**SERVICE LIST**

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
Matthew M Holtsinger    bankruptcynotices@kasslaw.com
Zachary N James    zjames@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
Jonathan H. Kline    jonathan.kline@jklawfl.com, smtaylor@jklawfl.com
Stephen J Modric    ecf@butlerandhosch.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Kenneth A Welt    court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com

EXHIBIT 1

| | | |
|---|---|---|
| U.S. Bank National Association<br>c/o Matt Holtsinger<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Wells Fargo Bank, N.A.<br>Bulter & Hosch, PA<br>3185 S. Conway Ste E.<br>Orlando, FL 32812-7349 | Alterman & Kowal, P.A.<br>c/o Brian P. Kowal, Esq.<br>2734 East Oakland Park Blvd.<br>Suite 102<br>Fort Lauderdale, FL 33306-1611 |
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank of America<br>PO BOX 982238<br>El Paso, TX 79998-2238 | Florida Department of Revenue<br>3301 N. University Drive, Suite 200<br>Pompano Beach, FL 33065-4149 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Jonathan Kline, Esq.<br>Jonathan Kline, PA<br>2761 Executive Park Drive<br>Weston, FL 33331-3600 |
| Lawrence C. Schreiber, Inc.<br>BES Enterprises, LLC<br>c/o Andrew L. Mann, Esq.<br>Mann & Wolf, LLP<br>4300 N. University Drive, Ste. C-203<br>Sunrise, FL 33351 | Lexus Financial Service<br>12735 Morris Road<br>Alpharetta, GA 30004-8904 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Rosenthal, Inc.<br>c/o Arthur Weissman<br>1370 Broadway<br>New York NY 10018-7399 | Telaco, Inc.<br>2469 Poinciana Court<br>Weston, FL 33327 | Wells Fargo Bank NA<br>Wells Fargo Home Mtg Americas Svcng<br>Attn: Bankruptcy Dept Mac X7801-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 |
| Joe M. Grant Esq.<br>Marshall Socarras Grant, P.L.<br>197 S. Federal Hwy #300<br>Boca Raton, FL 33432-4946 | Kenneth A Welt<br>1844 N Nob Hill Rd #615<br>Plantation, FL 33322-6548 | Lee D. Lovely<br>2469 Poinciana Court<br>Weston, FL 33327-1418 |
| Myrna R. Lovely<br>2469 Poinciana Court<br>Weston, FL 33327-1418 | Thomas P. (Tim) Abbott<br>Assistant County Attorney<br>PO Box 025504<br>Miami, FL 33102-5504 | |

EXHIBIT 2